

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

February 22, 2019

**VIA ECF**
Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:   *Central UTA of Monsey, et al. v. Vill. of Airmont, et al.,*
                Docket No. 18 Civ. 11103 (VB)

Your Honor:

      We represent the Village of Airmont Defendants in this matter. We write on behalf of all Defendants and with Plaintiffs' consent to request a 15-day extension—from February 26, 2019 to March 13, 2019—of Defendants' time to respond to the Complaint. The parties are actively discussing settlement and hope to resolve this matter without the need for motion practice or other responsive pleadings. This brief extension would resources and allow the parties to focus their efforts on reaching a compromise. This is the first request to extend this deadline.

      Thank you for your consideration of this matter.

                                                               Respectfully submitted,

                                                              SOKOLOFF STERN LLP

                                                              Leo Dorfman

cc:    All parties
        **VIA ECF**