UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------------X
CENTRAL UTA OF MONSEY, CONGREGATION YETEV LEV
OF MONSEY, CHESKEL AND HENNY WERZBERGER,
individually and on behalf of their minor children, M.W., G.W., and
C.W., MORDECHI and RACHEL EGER, individually and on
behalf of their minor children, B.E. and G.E., ALEXANDER and
SARAH SICHERMAN, individually and on behalf of their minor child,
R.S., CHAIM and CHAYA WERCBERGER, individually and on
behalf of their minor child, R.W., RUBEN and BAILA
WERCBERGER, individually and on behalf of their minor child,
B.W., JOEL and RIVKY GROSS, individually and on behalf of
their minor children, M.G. and W.G., JOEL and ESTY
WERZBERGER, individually and on behalf of their minor child,
T.W., HERSHEL and MALKA LANDAU, individually and on behalf
of their minor child, R.L., YITZCHOK LEBOVITS, YOSEF
GRUBER, GITTY KASIRER, YITZHOK SCHIFF, ARON
GLAUBER, and RIFKI GLAUBER,

    Docket No.:
    18-CV-11103 (VB)

    **NOTICE OF MOTION**

                    Plaintiffs,

    -against-

VILLAGE OF AIRMONT, NEW YORK; PHILIP GIGANTE,
individually and as Mayor of the Village of Airmont; SEAN
MACK, individually and as Village Attorney; LISA-ANN
DIMARSICO-SMITH, individually and as Village Clerk and
Treasurer of the Village of Airmont; VILLAGE OF AIRMONT
BOARD OF TRUSTEES; PAUL MARCHESANI, ANTHONY
VALVO; PETER BLUNNIE, KEVIN WARBRICK, individually
And as members of the Village of Airmont Board of Trustees;
VILLAGE OF AIRMONT ZONING BOARD OF APPEALS;
MARTIN KIVELL, ARTHUR KATZ, CHARLES PICARELLI,
LAURIE DIFRANCESCO, SCOTT MEIER, and LINDA
CARBONE, individually and as members of the Village of Airmont
Zoning Board of Appeals; VILLAGE OF AIRMONT PLANNING
BOARD; JOHN CORNELIUS, DOUGLAS WHIPPLE,
ANTHONY SANTUCCI, WILLIAM PHILIP, RUSSELL HOCK,
PAVLE LECEI, KEN BREZNER, individually and as members
of the Village of Airmont Planning Board; BUILDING
DEPARTMENT OF THE VILLAGE OF AIRMONT; LOUIS
ZUMMO; individually and as Building Inspector for the Village of
Airmont; MARINO FONTANA, individually and as Code Enforcer
Of the Village of Airmont; SUFFERN CENTRAL SCHOOL DISTRICT,
and DOUGLAS S. ADAMS, individually and as Superintendent of
Suffern Central School District,

                    Defendants.
------------------------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Lewis R. Silverman sworn to on the 26th day of April 2019 and the accompanying Memorandum of Law in Support, the defendants, by and through their attorneys, SILVERMAN & ASSOCIATES, will move this Honorable Court on a date and time to be determined, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the plaintiffs' Complaint with prejudice for failure to state a claim and, alternatively, if any of the plaintiff's causes of action are not dismissed, granting a period of thirty days following entry of the Court's Order in which to file an Answer to the plaintiffs' Complaint, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that the plaintiff's opposition, if any, is to be served within fourteen (14) days with three days added for mailing. Thereafter the defendants' reply papers are to be served within seven (7) days with three days added for mailing.

Dated: White Plains, New York
      April 26, 2019

                        Respectfully submitted,

                       **SILVERMAN & ASSOCIATES**

By: _____
     Lewis R. Silverman
     Karen C. Rudnicki
     Attorneys for Defendants
     445 Hamilton Avenue, Suite 1102
     White Plains, New York 10601
     (914) 574-4510

To: WHITEMAN OSTERMAN & HANNA LLP
John J. Henry
Robert S. Rosborough
Christine M. Carletta
Attorneys for Plaintiffs
One Commerce Plaza
Albany, New York 12260
(518) 487-7600

FIRST LIBERTY INSTITUTE
Hiram Sasser
Keisha Russell
Attorneys for Plaintiffs
2001 W Plano Pkwy
Suite 1600
Plano, Texas 75075

SOKOLOFF STERN LLP
Leo Dorfman
Attorneys for Village Defendants
179 Westbury Avenue
2nd Floor
Carle Place, New York 11514
(516) 334-4500