# Exhibit "B"



**RAMAPO CENTRAL SCHOOL DISTRICT**
45 Mountain Avenue
Hillburn, New York 10931
Phone: 845-357-7783
Fax: 845-357-5707
www.ramapocentral.net

**Board of Education:**

Theresa DiFalco, J.D.
President

Clarke Osborn
Vice President

Amany Messieha Dgheim, M.D.
Board Member

Marlyse Haward, M.D.
Board Member

Matthew Kern
Board Member

Craig H. Long
Board Member

Teresa Monahan
Board Member

**Superintendent of Schools:**

Douglas S. Adams, J.D., Ed.D.

Dear Chairperson Cornelius and Members of the Village of Airmont Planning Board:

According to published reports in the local media, Central UTA would like to construct a school for 2000 students at 236 Cherry Lane in close proximity to our Cherry Lane Elementary School. While reports in the media indicate that the starting enrollment at this proposed school would be about 800 students, the same story indicated an increase to 2000 students by the year 2020. The adverse implications for our School District are significant.

Due to both federal and State law, we would be required to provide various services to students in the areas of health and nursing services, occupational therapy, physical therapy, speech and language therapy, special education, hearing impaired services and psychological services. In addition, we would be required to provide textbooks and bus transportation. All of those would have an adverse impact on the School District's budget, which as you know, is capped by State law, with the net result being that public school resources would be diverted to the newly-constructed non-public school.

Beyond all of that, with 2000 students in attendance, we anticipate that would generate at least 40 additional buses which will put a significant strain on the roads in the area, making it difficult for our buses to take children to the Cherry Lane Elementary School and creating difficulties for our staff getting to and from work as well as parents dropping their children off and picking them up from the Cherry Lane School.

In our opinion, the site anticipated for such a facility is ill-suited, and we urge that any pending application for approval be denied.

Sincerely,

*Theresa Di Falco* (ec)
President
Board of Education
Ramapo Central School District