# Exhibit "D"

251 Cherry Lane, Tallman, New York 10982
(845) 357-8111

# Certificate of Compliance
## Fire Safety

CERTIFICATE NO.: 17-0062

Parcel No. 56.17-2-2

This is to certify that the place of business:
KNOWN AS: Central UTA

LOCATED AT: 236 CHERRY LA (Unit #7) Bldg #10 per aspect S+P

Is in compliance with the requirements of Local Law #5 of 1997 of the Village of Airmont and the New York State Uniform Fire Prevention and Building Code.

This certificate is NON TRANSFERABLE. Notify the Village of Airmont Building Inspector of any proposed plans for alterations, conversions, enlargement or structural changes whatsoever. No changes may be made unless plans and specifications are submitted to and approved by the Planning Board, Zoning Board or Building Department.

VILLAGE OF AIRMONT FIRE INSPECTOR
251 Cherry Lane, PO Box 578, Tallman NY 10982
(845) 369-8813

Shlomo Pomeranz - Fire Inspector

DATED: June 5, 2017

THIS CERTIFICATE TO BE SUITABLY FRAMED AND CONSPICUOUSLY POSTED ABOVE THE ENTRANCE

