# Exhibit "E"

1/22/2019　　　　　　　　　　　　　　　　　　　BoardDocs® Pro


Suffern Central
SCHOOL DISTRICT

| | |
|---|---|
| Book | Suffern Central School District Policies and Regulations |
| Section | 8000: Support Service |
| Title | Student Transportation |
| Code | 8410 |
| Status | Active |
| Adopted | May 24, 1994 |
| Last Revised | March 15, 2016 |

## STUDENT TRANSPORTATION

The Board of Education affirms its goal of providing an efficient, effective, and safe transportation system for district students. Transportation shall be provided at district expense to those students who are eligible as authorized by the Board.

The major objectives in the management of the student transportation program shall include the following:

1. to provide efficient, effective and safe service;
2. to ensure that all students whose disability or distance from school requires them to receive necessary transportation do, in fact, receive it, to the extent required by law;
3. to adapt the system to the demands of the instructional program;
4. the Transportation Director to review at least once a year school bus schedules and routing plans to ensure that maximum efficiency and safety are maintained;
5. the Transportation Director to review at least once a year the eligibility for transportation of students residing in the district, to ensure that only students entitled to the services receive them, to the extent required by law.
6. the School District shall provide transportation for students legally attending private and parochial schools located not more than fifteen miles from their residence.
7. In order to ensure an efficient and economical transportation program, the District will provide transportation only to non-public schools located in New York State that have a valid Basic Educational Data System (BEDS) number and then only to the primary address on file with the State Education Department for that BEDS number. If a non-public school holds classes at multiple locations, the District will only transport to the primary address on file with the State Education Department for that BEDS number.
8. The District will only provide pupil transportation services to a nonpublic school that has five (5) or more students enrolled in the school;
9. The District will provide one arrival and one dismissal time for each registered non-public school in the same manner that it does for its public schools.
10. Transportation to all non-public schools will be provided only on days when the School District is in session as set forth in the calendar adopted by the Board of Education;
11. The parent or guardian of a student residing in the District requesting transportation to a non-public school must submit a written request to the School District by no later than April 1st of the preceding school year, or within 30 days of establishing legal residence in the District; and
12. In order for students enrolled in a non-public school to receive transportation from the District, their non-public school must first be properly registered with the District. Registration can only be completed by making a request to the District in writing and by providing a copy of their current and valid Certificate of Occupancy, current and valid Fire Safety Inspection Report, and NYS BEDS information. All non-public schools registered with the District must comply with all federal and state laws and regulation.

The Superintendent of Schools shall promulgate regulations for the implementation of this policy and be responsible for administering the transportation program. be responsible for administering the transportation program. The program shall comply with all applicable laws, regulations and policies established by federal and state authorities.

Ref: Education Law §§305(14); 1501-b; 1807; 3602(7); 3623; 3635 et seq.
　　*Matter of Handicapped Child*, 24 EDR 41 (1984)
　　*Matter of Zakrezewski*, 22 EDR 381 (1983)
　　*Matter of Nowak*, 22 EDR 91 (1982)
　　*Matter of Fox*, 19 EDR 439 (1980)

Adoption date:　March 15, 2016