UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

*Central UTA of Monsey*
Plaintiff(s),

v.

*Village of Airmont*,
Defendant(s).
-------------------------------------------------------------x

**CALENDAR NOTICE**

18 CV 11103 (VB)

_____ PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for

✓ Status conference          ___ Final pretrial conference

___ Telephone conference     ___ Jury selection and trial

___ Pre-motion conference    ___ Bench trial

___ Settlement conference    ___ Suppression hearing

___ Oral argument            ___ Plea hearing

___ Bench ruling on motion   ___ Sentencing

on __5-20-__, 20 22, at __9:30AM__ in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 5-4-22

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __4-25-__, 20 22
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge