USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
CENTRAL UTA OF MONSEY et al.,
                Plaintiffs,

v.

SUFFERN CENTRAL SCHOOL DISTRICT and
DOUGLAS S. ADAMS, individually and as
Superintendent of Suffern Central School District,
                Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

18 CV 11103 (VB)

      The Court has been advised that plaintiffs and defendant Suffern Central School District ("Suffern") have settled this case. (Doc. #210).  Accordingly, it is hereby ORDERED that this action is dismissed against <u>defendant Suffern</u>, without costs, and without prejudice to the right to restore the action against Suffern to the Court's calendar, provided the application to restore the action against Suffern is made by no later than **July 22, 2022**.  To be clear, any application to restore the action against Suffern must be filed by **July 22, 2022**, and any application to restore the action against Suffern filed thereafter may be denied solely on the basis that it is untimely.

      In addition, by **June 29, 2022**, the parties shall file a joint letter regarding settlement discussions among the plaintiffs and defendant Douglas Adams.

      The Clerk is instructed to terminate Suffern as a defendant in this case.

Dated: June 23, 2022
         White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1