UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CENTRAL UTA OF MONSEY et al.,
            Plaintiffs,

v.

SUFFERN CENTRAL SCHOOL DISTRICT and
DOUGLAS S. ADAMS, individually and as
Superintendent of Suffern Central School District,
            Defendants.
--------------------------------------------------------------x



**ORDER**

18 CV 11103 (VB)

For the reasons set forth in defendants' letter dated June 29, 2022 (Doc. #212), it is

HEREBY ORDERED:

1. The Court's June 23, 2022, Order dismissing this action against defendant Suffern Central School District is VACATED.

2. By August 1, 2022, counsel shall move for approval of the settlement reached in this case pursuant to Local Civil Rule 83.2.

The Clerk is instructed to restore the action as to defendant Suffern Central School District.

Dated: June 30, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge