UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CENTRAL UTA OF MONSEY et al.,

        Plaintiffs,

v.

SUFFERN CENTRAL SCHOOL DISTRICT
and DOUGLAS S. ADAMS, individually and as
Superintendent of Suffern Central School
District,

        Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 11103 (VB)

10/21/22

    As discussed at a conference held today and attended by counsel for all parties, the parties are directed to submit revised settlement documents that address the deficiencies discussed at today's conference by November 21, 2022.

Dated: October 21, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge