UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X  1-19-23

CENTRAL UTA OF MONSEY, et al.,

                              Plaintiffs,

          -against-

VILLAGE OF AIRMONT, NEW YORK, et al.,

                              Defendants.
-----------------------------------------------------------------------X

Docket No.:
18-CV-11103 (VB)(LMS)

**STIPULATION OF DISCONTINUANCE** and ORDER

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conserved and no person not a party has an interest in the subject matter of the action, that Plaintiffs Central UTA of Monsey and Congregation Yetev Lev of Monsey's action is hereby discontinued in its entirety, with prejudice, without costs to either party as against the other.

Dated: White Plains, New York
          January 9, 2023

| WHITEMAN OSTERMAN & HANNA LLP | SILVERMAN & ASSOCIATES |
|---|---|
| By: _____ <br> Robert S. Rosborough IV, Esq. <br> Attorneys for Plaintiff <br> One Commerce Plaza <br> Albany, New York 12260 <br> (518) 487-7608 | By: _____ <br> Lewis Silverman, Esq. <br> Attorneys for Defendant <br> 445 Hamilton Avenue, Suite 1102 <br> White Plains, New York 10601 <br> (914) 574-4510 |

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.    1/18/2023